IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CURTIS LEON TAYLOR, SR.,**

    Plaintiff,

v.                                         Civil Action No. **3:11CV286**

**GEORGE M. HINKLE,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

On June 28, 2011, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on August 3, 2011, the Court denied Plaintiff's request to proceed *in forma pauperis* because he previously filed three actions or appeals that counted as strikes under 28 U.S.C. § 1915(g). Accordingly, the Court directed Plaintiff to pay the full $350 filing fee within eleven (11) days of the date of entry thereof.

More than eleven (11) days have passed, and Plaintiff has not paid the full filing fee. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall issue.

                                                          /s/
                                         James R. Spencer
                                         Chief United States District Judge

Date: 8-29-11
Richmond, Virginia